**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 3 | Altamirano, Richard | 12/17/1944 | CA | Eastern District of California | YES | YES | YES | Thyroid Cancer | 1-9 |
| 4 | Anderson, Loretta | 6/8/1961 | OH | Northern District of Ohio | YES | YES | YES | Thyroid Disease | 1-9 |
| 5 | Bhandari, Crystal | 9/17/1961 | FL | Middle District of Florida | YES | YES | YES | Thyroid Disease | 1-9 |
| 6 | Boyt, Dennie | 1/26/1952 | LA | Western District of Louisiana | YES | YES | YES | Kidney Cancer | 1-9 |
| 7 | Brady, James | 1/14/1967 | NY | Southern District of New York | YES | NO | YES | Thyroid Disease | 1-9 |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 8 | Brockmire, Arnie | 7/22/1962 | CA | Eastern District of California | YES | NO | YES | Ulcerative Colitis | 1-9 |
| 9 | Burgess, John | 11/13/1949 | MO | Eastern District of Missouri | YES | YES | YES | Kidney Cancer | 1-9 |
| 10 | Camper Jr., Samuel | 1/10/1977 | NV | District of Nevada | YES | YES | YES | Kidney Cancer and Tyroid Disease | 1-9 |
| 11 | Cook, Sandra | 9/21/1956 | FL | Northern District of Florida | YES | NO | YES | Thyroid Disease | 1-9 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 12 | Cooper, Howard | 6/26/1961 | IL | Southern District of Illinois | YES | YES | YES | Kidney Cancer | 1-9 |
| 13 | Cox, Robert | 2/17/1959 | WV | Southern District of West Virginia | YES | YES | YES | Thyroid Disease | 1-9 |
| 14 | Davidson, Cherie | 4/4/1957 | TX | Eastern District of Texas | YES | YES | YES | Thyroid Disease | 1-9 |
| 15 | Douglas, Kalana | 1/4/1978 | VA | Eastern District of Virginia | YES | YES | YES | Ulcerative Colitis | 1-9 |
| 16 | Duskin, Edward | 9/5/1954 | OH | Southern District of Ohio | YES | YES | YES | Thyroid Disease | 1-9 |
| 17 | Evans, Billy | 9/17/1952 | TX | Western District of Texas | YES | NO | YES | Thyroid Disease | 1-9 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 18 | Ferguson, Robert | 2/12/1971 | TX | Southern District of Texas | YES | YES | YES | Kidney Cancer | 1-9 |
| 19 | Ford, Eric | 3/27/1983 | CA | Eastern District of California | YES | YES | YES | Ulcerative Colitis | 1-9 |
| 20 | Francisco Jr, Ralph | 6/14/1971 | NC | Middle District of North Carolina | YES | NO | YES | Thyroid Disease | 1-9 |
| 21 | Franz, Steven | 1/26/1984 | MO | Eastern District of Missouri | YES | YES | YES | Thyroid Cancer | 1-9 |
| 22 | Ganulin, Joshua | 1/28/1982 | PA | Middle District of Pennsylvania | YES | YES | YES | Ulcerative Colitis | 1-9 |

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 23 | Giffin, Keith | 6/23/1957 | OH | Southern District of Ohio | YES | NO | YES | Kidney Cancer and Thyroid Disease | 1-9 |
| 24 | Graham, Christopher | 10/16/1964 | CA | Central District of California | YES | YES | YES | Thyroid Disease | 1-9 |
| 25 | Grant, Darrell | 1/25/1966 | VA | Eastern District of Virginia | YES | YES | YES | Thyroid Disease | 1-9 |
| 26 | Grubbs Jr., George | 12/19/1964 | MT | District of Montana | YES | YES | YES | Thyroid Disease | 1-9 |
| 27 | Gueniot Jr., Donald | 12/2/1970 | FL | Northern District of Florida | YES | YES | YES | Ulcerative Colitis | 1-9 |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 28 | Gulley, Edward | 3/12/1952 | CA | Eastern District of California | YES | YES | YES | Thyroid Cancer | 1-9 |
| 29 | Hawkins, Larry | 8/3/1955 | WV | Southern District of West Virginia | YES | YES | YES | Kidney Cancer | 1-9 |
| 30 | Haynesworth, John | 4/5/1952 | MD | District of Maryland | YES | YES | YES | Kidney Cancer | 1-9 |
| 31 | Hoffman, Jeff | 7/8/1967 | IN | Southern District of Indiana | YES | NO | YES | Kidney Cancer | 1-9 |

|    | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 32 | Jones, Andre | 1/5/1968 | CA | Eastern District of California | YES | YES | YES | Thyroid Disease | 1-9 |
| 33 | Laube, Annalisa | 5/17/1982 | CO | District of Colorado | YES | NO | YES | Thyroid Disease | 1-9 |
| 34 | Lee, Veronica | 11/11/1965 | TX | Southern District of Texas | YES | YES | YES | Thyroid Disease | 1-9 |
| 35 | Leizear Jr., Frank | 6/28/1955 | MD | District of Maryland | YES | NO | YES | Thyroid Disease | 1-9 |
| 36 | Lucco, Debra | 5/19/1953 | CA | Central District of California | YES | YES | YES | Thyroid Cancer | 1-9 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 37 | Mask, Sonny | 1/28/1964 | TN | Middle District of Tennessee | YES | YES | YES | Thyroid Disease | 1-9 |
| 38 | Matney, Billy | 10/16/1952 | KY | Western District of Kentucky | YES | NO | YES | Thyroid Disease | 1-9 |
| 39 | McWilliams, John | 5/7/1967 | IL | Northern District of Illinois | YES | YES | YES | Thyroid Disease | 1-9 |
| 40 | Morrow, Thomas | 3/13/1938 | FL | Middle District of Florida | YES | YES | YES | Thyroid Disease | 1-9 |
| 41 | Newberry, Jessica | 12/17/1987 | IN | Southern District of Indiana | YES | YES | YES | Thyroid Disease | 1-9 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 42 | Ottarson, Jon | 4/17/1970 | MI | Western District of Michigan | YES | YES | YES | Thyroid Disease | 1-9 |
| 43 | Pierson, Jonathan | 8/28/1960 | OR | District of Oregon | YES | YES | YES | Thyroid Disease | 1-9 |
| 44 | Robinson, Michael | 8/20/1965 | MN | District of Minnesota | YES | NO | YES | Kidney Cancer | 1-9 |
| 45 | Russell, William | 5/8/1953 | CA | Central District of California | YES | YES | YES | Thyroid Cancer | 1-9 |
| 46 | Schneider, Samuel | 5/2/1977 | FL | Southern District of Florida | YES | YES | YES | Ulcerative Colitis | 1-9 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 47 | Smith, John | 9/20/1992 | TX | Western District of Texas | YES | YES | YES | Testicular Cancer | 1-9 |
| 48 | Stahl, David | 2/25/1947 | CA | Eastern District of California | YES | YES | YES | Thyroid Disease | 1-9 |
| 49 | Stanley, Earnest | 1/12/1951 | MT | District of Montana | YES | NO | YES | Thyroid Disease | 1-9 |
| 50 | Tweed, Michelle | 4/2/1984 | CO | District of Colorado | YES | YES | YES | Thyroid Disease | 1-9 |
| 51 | Ullmann Jr., Roger | 8/1/1965 | SC | District of South Carolina | YES | YES | YES | Thyroid Disease | 1-9 |

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 1 | **Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873** | | | | | | | | |
| 2 | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 52 | White Jr., William | 8/24/1943 | PA | Eastern District of Pennsylvania | YES | YES | YES | Kidney Cancer | 1-9 |
| 53 | Williams, William | 10/27/1955 | NE | District of Nebraska | YES | YES | YES | Thyroid Disease | 1-9 |
| 54 | Wright, Charles | 4/27/1952 | NC | Western District of North Carolina | YES | NO | YES | Thyroid Disease | 1-9 |
| 55 | Zdanoski, Robert | 12/1/1951 | FL | Southern District of Florida | YES | YES | YES | Thyroid Disease | 1-9 |